| | |
|---|---|
| **TERRY C. BURRIS,** | **)** |
| | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **vs.** | **)**       **ORDER** |
| | **)** |
| **COMMISSIONER OF SOCIAL** | **)** |
| **SECURITY,** | **)** |
| | **)** |
| **Defendant.** | **)** |
| | **)** |

      **THIS MATTER** comes before the Court on Plaintiff Terry Burris's ("Plaintiff")

Complaint, (Doc. No. 1), Defendant Michael Astrue's Answer, (Doc. No. 8), and the Court's

Pretrial Scheduling Order, (Doc. No. 10).

      This case stems from an appeal of the Social Security Administration's denial of benefits.

The Court ordered Plaintiff to file his motion for summary judgment and supporting

memorandum of law by June 7, 2011. Plaintiff has failed to obey this Order or file anything in

this case since April 2011.

      If the plaintiff fails to prosecute or to comply with a court order, the Court may dismiss

the plaintiff's case with prejudice. Link v. Wabash R. Co., 370 U.S. 626, 629-30 (1962); Erline

Co. S.A. v. Johnson, 440 F.3d 648, 654 (4th Cir. 2006); FED. R. CIV. P. 41(b). Plaintiff is

already three months late in prosecuting his action or obeying this Court's Order. Therefore, the

Court dismisses Plaintiff's case with prejudice.

**IT IS, THEREFORE, ORDERED** that:

1.    Plaintiff's Complaint, (Doc. No. 1), is **DISMISSED with prejudice.**

Signed: September 28, 2011

Robert J. Conrad, Jr.
Chief United States District Judge