# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terry C. Burris,

    Plaintiff(s),

vs.

Michael J. Astrue,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-72

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2011 Order.

Signed: September 28, 2011

Frank G. Johns, Clerk
United States District Court